O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE OSMAR ALFREDO CASTRO-RIVERA,

Petitioner,

v.

SEC'Y OF THE U.S. DEP'T OF HOMELAND SEC., et al.,

Respondents.

CASE NO. 5:26-cv-05216-CAS-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation to Grant Petition for Writ of Habeas Corpus and any relevant records as needed. Because no timely objections have been filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The petition under 28 U.S.C. § 2241 is therefore GRANTED for the reasons in the Report and Recommendation. Petitioner JOSE OSMAR ALFREDO CASTRO-RIVERA (A# 213-016-120) shall be released forthwith from ICE detention subject to the same terms under the Order of Release on Recognizance in effect at the time of petitioner's most recent civil immigration arrest. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: October 26, 2026 ______________________________

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE