**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE OSMAR ALFREDO CASTRO-RIVERA,

Petitioner,

v.

SEC'Y OF THE U.S. DEP'T OF HOMELAND SEC., et al.,

Respondents.

CASE NO. 5:26-cv-05216-CAS-SK

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation to Grant Petition for Writ of Habeas Corpus, IT IS ADJUDGED that Petitioner JOSE OSMAR ALFREDO CASTRO-RIVERA (A# 213-016-120) shall be released forthwith from ICE detention subject to the same terms under the Order of Release on Recognizance in effect at the time of petitioner's most recent civil immigration arrest.

DATED: October 26, 2026 ______________________________

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE